# United States Court of Appeals
## For the First Circuit

Nos. 16-1251, 16-1252

UNITED STATES OF AMERICA,

Appellee,

v.

AKYLLE MURCHISON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 26, 2017, is amended as follows:

On page 10, line 13 of footnote 9, "their" is changed to "his".